**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:25CR187 |
| | ) | |
| vs. | ) | |
| | ) | |
| ABE LYTLE and JOHN RODDY, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on the defendant, Abe Lytle's Unopposed Motion to Continue Trial [91]. For the reasons set forth in the motion and for good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [91] is granted, as follows:

1. The jury trial, **as to defendants, Abe Lytle and John Roddy,** now set for June 30, 2026 is continued to **August 18, 2026.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 18, 2026**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. **No further continuances will be granted without a hearing before the undersigned magistrate judge.**

DATED: June 5, 2026.

BY THE COURT:

s/ Ryan C. Carson
**United States Magistrate Judge**