**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:25CR187** |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **ABE LYTLE,** | ) | |
| | ) | |
| **Defendant** | ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [111]. A telephonic hearing was held on August 5, 2026. Kimberly Bunjer appeared for the government and Matthew Knipe appeared on behalf of the defendant. For the reasons set forth on the record and for good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [111] is granted as follows:

1. The jury trial, now set for August 18, 2026 is continued to **October 6, 2026.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 6, 2026**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. **No further continuances will be granted without requesting a hearing before the undersigned magistrate judge.**

**DATED: August 5, 2026**

**BY THE COURT:**

**s/ Ryan C. Carson**
**United States Magistrate Judge**