IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>ABE LYTLE,<br>Defendant. | **8:25-CR-187**<br><br>**ORDER FOR DISMISSAL** |

Pursuant to Motion of the United States, Filing 156, and pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is hereby granted for the filing of the dismissal of Count I of the Indictment against defendant ABE LYTLE.

IT IS ORDERED:

1. The Motion to Dismiss Count I of the Indictment as to defendant ABE LYTLE, Filing 156, is granted. Count I of the Indictment as to defendant ABE LYTLE is hereby dismissed without prejudice.

Dated this 2nd day of October, 2026.

BY THE COURT:

Brian C. Buescher
Chief United States District Judge